# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC PSONAK,** | : | **CIVIL ACTION NO. 1:06-CV-0420** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PEOPLES BENEFIT LIFE INSURANCE COMPANY, et al.,** | : | |
| Defendants | : | |

---

| | | |
|---|---|---|
| **ERIC PSONAK,** | : | **CIVIL ACTION NO. 1:06-CV-1014** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **STONEBRIDGE LIFE INSURANCE COMPANY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of July, 2006, upon consideration of the motions (Civil Action No. 1:06-CV-0420, Doc. 12; Civil Action No. 1:06-CV-1014, Doc. 9) to consolidate the above-captioned cases, and the initial case management conference for Civil Action No. 1:06-CV-1014, scheduled to commence at 9:45 a.m. on August 22, 2006 (see Civil Action No. 1:06-CV-1014, Doc. 5), and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a), and that none of the parties oppose consolidation of the above-captioned cases, see Cella v. Togum Constructeur Ensembleier en Industrie

<u>Alimentaire</u>, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that:

1. The motions (Civil Action No. 1:06-CV-0420, Doc. 12; Civil Action No. 1:06-CV-1014, Doc. 9) to consolidate the above-captioned cases are GRANTED.

2. The above-captioned cases are CONSOLIDATED for all purposes.

3. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:06-CV-1014 into the case docketed as Civil Action No. 1:06-CV-0420 and to CLOSE the case docketed as Civil Action No. 1:06-CV-1014.

4. The initial case management conference for Civil Action No. 1:06-CV-1014, scheduled to commence at 9:45 a.m. on August 22, 2006, is CANCELLED.

5. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:06-CV-0420.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge