IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC PSONAK,** | : | CIVIL ACTION NO. 1:06-CV-0420 |
| Plaintiff | : | (CONSOLIDATED) |
| v. | : | (Judge Conner) |
| **PEOPLES BENEFIT LIFE INSURANCE COMPANY, et al.,** | : | |
| Defendants | : | |

-----------------------------------------------------------------------

| | |
|---|---|
| **ERIC PSONAK,** | : |
| Plaintiff | : |
| v. | : |
| **STONEBRIDGE LIFE INSURANCE COMPANY,** | : |
| Defendant | : |

### ORDER

AND NOW, this 21st day of July, 2006, upon consideration of plaintiff's request to compel the production of information and documents regarding lawsuits and claims under unrelated insurance policies issued by defendants, averring that such discovery is relevant to plaintiff's bad faith, deceit, and/or Unfair Trade Practices and Consumer Protection Law claims, and, following a telephone conference with the parties on this issue, the court finding that plaintiff has not demonstrated the relevance of the requested information and documents and that the request is overly broad and burdensome, see, e.g., McCrink v. Peoples Benefit

Life Ins. Co., No. 2:04CV01068, 2004 WL 2743420, at *6 (E.D. Pa. Nov. 29, 2004); Cantor v. Equitable Life Assurance Soc'y, No. 97-5711, 1998 WL 306208, at *3 (E.D. Pa. June 9, 1998); Hyde Athletic Indus., Inc. v. Cont'l Cas. Co., 969 F. Supp. 289, 307 (E.D. Pa. 1997); Zimmerman v. Harleysville Mut. Ins. Co., 860 A.2d 167, 173 (Pa. Super. Ct. 2004), it is hereby ORDERED that plaintiff's request to compel is DENIED.

    /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge